# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RHONDA ROWE,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-1448 |
| v. | : | (Mannion, D.J.) |
| **CAROLYN W. COLVIN,** Acting Commissioner of Social Security, | : | (Cohn, M.J.) |
| | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the objections of the Commissioner, (Doc. 19), are **OVERRULED**;

**(2)** the report of Judge Cohn, (Doc. 18), is **ADOPTED**;

**(3)** the decision of the Commissioner is **VACATED**;

**(4)** the instant action is **REMANDED** to the Commissioner for further proceedings; and

**(5)** the Clerk of Court shall **MARK THIS CASE CLOSED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 8, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1448-01-ORDER.wpd